UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONNY D. BARGER,
aka GARY FRANCIS FISHER,
aka GARY DALE BARGER,

    Petitioner,

v.

DIRECTOR OF OPS OF CDCR,

    Respondent.

Case No. 17-cv-00907-WHO (PR)

**JUDGMENT**

This federal habeas action having been dismissed without prejudice, judgment is entered in favor of respondent.

**IT IS SO ORDERED.**

**Dated:** February 24, 2017



WILLIAM H. ORRICK
United States District Judge